EMMA CARDONA SANTOS, representada por su padre con patria potestad sobre la misma, JENARO CARDONA, y CLOTILDE y RAMÓN RODRÍGUEZ, representados por su madre con patria potestad sobre los mismos, MARÍA RODRÍGUEZ, demandantes y apelantes, *v.* M. GRAU E HIJOS, ANDRES BONILLA, en su carácter de Márshal de la Corte Municipal de Añasco, y EMILIO CARDONA, demandados y apelados.

No. 6325.—*Sometido:* Abril 20, 1933. *Resuelto:* Abril 27, 1933.

E. *Báez García*, abogado de los apelantes; *Oscar Souffront*, abogado de los apelados.

El Juez Asociado Señor Córdova Dávila, emitió la opinión del tribunal.

En 30 de julio de 1932 se dictó sentencia a favor de la demandada y contrademandante en este caso, M. Grau e Hijos, y en contra de los demandantes y contrademandados Emma Cardona Santos y Clotilde y Ramón Rodríguez, y del demandado y contrademandado Emilio Cardona. De esta sentencia apelaron los demandantes contrademandados, radicando su escrito de apelación en secretaría en 29 de agosto de 1932.

En 7 de septiembre del mismo año, la corte, a petición de los apelantes, ordenó al taquígrafo que preparase la transcripción completa del récord del caso, siendo notificado el taquígrafo de dicha orden en la misma fecha en que fué dictada.

En 24 de septiembre de 1932 la corte inferior concedió al taquígrafo una prórroga de veinte días a partir del 27 de septiembre del mismo año. En 18 de octubre, 14 de noviembre, y 12 de diciembre de 1932, y en 10 de enero, 7 de febrero, y 7 de marzo de 1933, se concedieron por la corte inferior idénticas prórrogas de treinta días a solicitud de los apelantes.

La demandada y apelada M. Grau e Hijos solicita de esta corte la desestimación del recurso interpuesto, alegando que los demandantes apelantes han venido voluntariamente, sin excusa alguna, dilatando la radicación de la transcripción de evidencia con el solo propósito de demorar los procedimientos.

La moción de desestimación del recurso fué oportunamente notificada al abogado de los apelantes, quien también fué notificado del señalamiento para la vista de dicha moción por el secretario de esta corte. Los apelantes no comparecieron a dicha vista ni han presentado excusa alguna, si es que la tienen, para solicitar tantas prórrogas y demorar la apelación. La primera prórroga se concedió en 24 de septiembre de 1932, comenzó a tener efecto el 27 de dicho mes,

y la última prórroga se concedió en marzo de 1933, para expirar en 15 de abril.

Todas estas prórrogas cubren un período de cerca de siete meses desde que la primera fué concedida. El tiempo transcurrido es tan largo que, en ausencia de prueba, justifica la desestimación del recurso por abandono. La diligencia de los apelantes para solicitar prórrogas contrasta con su inactividad para perfeccionar el recurso y presentar excusas por su conducta.

*La apelación interpuesta debe ser desestimada.*